**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **ANNIE L. HAIRSTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:24cv524-MHT** |
| ) | **(WO)** |
| **MEDICARE INSURANCE;** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

Plaintiff, who is pro se, filed this lawsuit asserting claims apparently stemming from medical care she received after surgery. The defendants are Dr. Robert E. Howell, III, Baptist Medical Center South, and two insurance companies, which plaintiff named as "TriCare Insurance" and "Medicare Insurance." Humana Government Business, Inc., which is not named in the complaint but claims to be the entity responsible for the administration of TriCare Insurance, removed this case to this court pursuant to the federal officer

removal statute, 28 U.S.C. § 1442(a)(1). Humana, Howell, and Baptist South have each moved to dismiss.*

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motions to dismiss be granted, that plaintiff's complaint be dismissed without prejudice, and that plaintiff be afforded an opportunity to file an amended complaint that clearly sets forth her claims. Also before the court are plaintiff's objections. In the objections, plaintiff requests that Tricare be dismissed from her "complaint of discrimination" and says that she does not have the "specifics of Medicare's age discrimination." Objection to Recommendation (Doc. 20) at 1. The court is not sure exactly what plaintiff means by these statements: does she want to omit these defendants from the complaint entirely, or does she wish to dismiss

---

* It appears that the fourth defendant, whom plaintiff named as "Medicare Insurance," has not been served. *See* State Court Documents (Doc. 1-1) at 14.

only certain "discrimination" claims from the complaint? Because the court is unsure, it will not act on plaintiff's dismissal request at this time.

After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted. Plaintiff will be required to file an amended complaint. If she does not want to bring certain claims against Tricare and Medicare, or wants to dismiss either or both of these defendants from the case, she may simply leave them out of her revised complaint.

***

Accordingly, it is ORDERED that:

(1) The objections (Doc. 20) are overruled.

(2) The recommendation (Doc. 19) is adopted.

(3) The motions to dismiss (Doc. 1-1 at 17-19, Doc. 1-1 at 27-29, and Doc. 9) are granted, and plaintiff's complaint is dismissed without prejudice.

    (4) The alternative motion for a more definite statement (Doc. 1-1 at 17-19) is denied as moot.

    (5) Plaintiff is granted leave to file an amended complaint that clearly sets forth her claims.

    This case is not closed, and is referred back to the magistrate judge for further proceedings.  The court leaves it to the magistrate judge to set a deadline for filing the amended complaint.

    DONE, this the 25th day of February, 2025.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE